IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Criminal No. 12-107 |
| EARL D. WARNER | |

ORDER

AND NOW, this 14th day of January 2014, upon consideration of the Government's Motion in Limine to Admit Business Records of Acer America Corporation under Federal Rules of Evidence 902(11) and 803(6) (doc. no. 106), and the defendant's response thereto (doc. no. 114), IT IS ORDERED that said motion is GRANTED.

As such, IT IS FURTHER ORDERED that the government may admit the Certificate of Authenticity of Domestic Business Records completed by Records Custodian Yvonne Gerlach and the business record accompanying said certificate without further testimony of its authenticity.

BY THE COURT

_____
ARTHUR J. SCHWAB
United States District Judge